# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 1:19-cr- |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 201 |
| **DEMETRIUS McMILLAN** | : | (Bribery) |
| **Defendant.** | : | FORFEITURE: |
| | : | 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p) |

## INFORMATION

The United States of America charges that:

### COUNT ONE

From in or about April 2018 through in or about July 2018, within the District of Columbia and elsewhere, the defendant, DEMETRIUS McMILLAN (hereinafter "McMILLAN"), did directly or indirectly, corruptly demand, seek, receive, accept, and agree to receive or accept something of value personally, in return for being influenced in the performance of an official act; that is, McMILLAN, a social services representative employed by the District of Columbia Department of Human Services, solicited, received, accepted, and agreed to receive or accept in excess of $380,000, and sexual favors, in exchange for issuing to multiple beneficiaries fraudulent welfare benefits consisting of cash and food assistance valued in excess of $1,450,000.

**(Bribery of a Public Official, in violation of Title 18, United States Code, Section 201(b)(2)(A))**

### FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section

981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek the forfeiture of the following specific property: $74,811.35 in U.S. currency seized from the defendant's residence on or about December 6, 2018. The United States will also seek a forfeiture money judgment against the defendant in the amount of at least $150,000.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: *(signature)*
EMILY A. MILLER
D.C. Bar No. 462077
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-6988
Emily.Miller2@usdoj.gov