**United States District Court**
**For The District of Columbia**

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Demetrius McMillan,<br><br>Defendant. | Case No. 19-cr-082 (PLF) |

**Order**

Before the Court is Mr. McMillan's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). For the reasons set forth therein, it is hereby

**ORDERED** that the motion is **GRANTED**, and Mr. McMillan's sentence is reduced to time-served; it is

**FURTHER ORDERED** that his judgment is amended to add the following condition of supervised release:

<u>Home Detention</u>

<u>Location Monitoring</u> – You will be monitored by the form of location monitoring technology indicated herein for a period of 180 days, and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location Monitoring technology is at the discretion of the probation officer including: Radio Frequency (RF) monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; and court-ordered obligations; or other activities pre-approved by the officer (Home Detention).

**FURTHER ORDERED** that that all other provisions of the judgment entered July 18, 2019 remain in effect;

**FURTHER ORDERED** that pursuant to 18 U.S.C. § 3624(d), the Bureau of Prisons shall provide for the safe and expeditious transportation of Mr. McMillan from his prison to his release residence in Washington, D.C., which shall include ensuring Mr. McMillan is scheduled to receive his regular dialysis near his release address; and it is

**FURTHER ORDERED** that the United States shall submit a status report within seven days of entry of this Order to update the Court on the status of Mr. McMillan's dialysis and safe transport.

DATE: 2/23/23

_____
PAUL L. FRIEDMAN
U.S. District Judge